■ SAMUEL OTUGH, Respondent, v BISAMBAR SANICHARAN et al., Defendants, and EAST WEST MANAGEMENT, INC., Appellant. [770 NYS2d 661]—

In an action to recover damages for personal injuries, the defendant East West Management, Inc., appeals from an order of the Supreme Court, Kings County (Johnson, J.), dated December 5, 2002, which denied its motion for summary judgment dismissing the complaint insofar as asserted against it.

Ordered that the order is affirmed, without costs or disbursements.

The plaintiff, a passenger in a taxicab which was involved in a collision with a second motor vehicle, commenced this action against various defendants, including the appellant, as the owner of the subject taxicab. The appellant moved for summary judgment in its favor on the ground that it did not own the taxicab. The Supreme Court properly denied the motion. After the appellant established its prima facie entitlement to summary judgment, the admissible documentary evidence submitted in opposition raised a triable issue of fact (see CPLR 3212 [b]) as to whether the appellant did, in fact, own the subject taxicab. Santucci, J.P., Goldstein, Schmidt and Cozier, JJ., concur.

■ OLGA SHELLEY, Respondent, v ALBERT PERRI, Defendant, and FORD MOTOR CREDIT COMPANY, Doing Business as MAZDA AMERICAN CREDIT, Appellant. [770 NYS2d 653]—In an action to recover damages for personal injuries, Ford Motor Credit Company, doing business as Mazda American Credit appeals from an order of the Supreme Court, Queens County (LeVine, J.), dated February 28, 2003, which granted the plaintiff's motion for leave to add it as a party defendant and to serve it with a supplemental summons and amended complaint pursuant to CPLR 203 (b).

Ordered that the order is affirmed, with costs.

The Supreme Court providently exercised its discretion in granting the plaintiff's motion for leave to add the appellant as a party defendant and to serve it with a supplemental summons and amended complaint pursuant to CPLR 203 (b) (see Buran v Coupal, 87 NY2d 173 [1995]; Mondello v New York Blood Ctr.-Greater N.Y. Blood Program, 80 NY2d 219 [1992]; Poulard v Papamihlopoulos, 254 AD2d 266 [1998]; Brock v Bua, 83 AD2d 61 [1981]). Ritter, J.P., S. Miller, Adams and Cozier, JJ., concur.